

MICHELE SABO ASSAYAG, BAR No.  109540
BYRON B. MAUSS, Bar No. 174141
JAIME K. SHEAN, BAR No.  217657
ASSAYAG MAUSS KEMPTON
A Professional Law Corporation
2915 Redhill Ave., Suite 200
Costa Mesa, California 92626
Telephone: (714) 427-6800
Fax: (714) 427-6888

Attorneys for Plaintiff, AT&T Corp.

FILED

2005 AUG 31 P 4 00

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY_____
    DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AT&T Corp., a New York corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOTTSCHALKS INC., a Delaware corporation,<br><br>    Defendant. | Case No. CIV-F-04-5382 REC LJO<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

    IT IS HEREBY STIPULATED by and between AT&T Corp., a New York corporation, Plaintiff herein, and Gottschalks, Inc., a Delaware corporation, Defendant herein, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and through their undersigned counsel, that the above-entitled action, including all claims and counterclaims, be dismissed in its entirety with prejudice, in accordance with the

-1-

written and fully-executed settlement agreement between them. Each party shall bear its own attorneys' fees and costs in this matter.

DATED: July 21, 2005

ASSAYAG MAUSS KEMPTON
A Professional Law Corporation

By: _____
JAIME K. SHEAN
Attorneys for Plaintiff AT&T Corp.

DATED: July 26, 2005

O'MELVENY & MYERS LLP

By: _____
MARCUS S. QUINTANILLA
Attorneys for Defendant
GOTTSCHALKS INC.

It is so Ordered
Dated: August 31, 05
_____
United States District Judge

-2-

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Orange County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 610 Newport Center Drive, 17th Floor, Newport Beach, California 92660-6429.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On **July 26, 2005**, I served the following:

### STIPULATION FOR DISMISSAL OF ACTION

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

> Michele Sabo Assayag, Esq.
> Byron B. Mauss, Esq.
> Jaime K. Shean, Esq.
> ASSAYAG MAUSS KEMPTON
> 2915 Redhill Ave., Ste. 200
> Costa Mesa, CA 92626

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **July 26, 20054**, at Newport Beach, California.

_/s/ Dorothy Schaus_
Dorothy Schaus